No. 2099. Pabón, Apelante, *v.* Alvarado y López, Apelados.—Corte de Distrito de Mayagüez. En apelación para ante la Corte de Circuito de Apelaciones para el Primer Circuito. Resuelto en julio 27, 1922. No habiendo cumplido el apelante con los requisitos de la orden de esta corte de diciembre 22, 1920, admitiendo la apelación interpuesta contra nuestra sentencia de junio 4, 1920, se declara con lugar la moción de la apelada y se ordena el archivo del caso por abandono de la acción.

No. 372. Cividanes, Peticionario, *v.* Corte de Distrito de Guayama, Hon. A. Arroyo, Juez, Demandado.—*Certiorari.* Resuelto en julio 29, 1922. Moción de desestimiento. Toda vez que el objeto del recurso era la revisión de la orden de junio 9, 1922 de la corte inferior, nombrando un arbitro, la cual ha sido dejada sin efecto por una resolución posterior, se tiene por desistido al peticionario, y se anula el auto expedido.

No. 1932. El Pueblo, Apelado, *v.* Olivencia, Apelante.— Corte de Distrito de Mayagüez. Resuelto en julio 29, 1922. Infracción a la ley de arbitrios. No existiendo pliego de excepciones ni relación de hechos sin que tampoco se haya radicado alegato y no apareciendo que se cometiera error fundamental alguno, se confirma la sentencia.